Date: 08/02/11

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-43470 - HURNER, ALLEN DALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Fairview Pharmacy Services<br>C/O Asset Resources Inc<br>14220 Basalt Street NW<br>Ramsey, MN 55303 | 000002 | 125.85 | 1.07 |
| ---------- Remittance Total ---------- | | 125.85 | 1.07 |

_____
TIMOTHY D. MORATZKA, Trustee

RECEIVED
11 AUG -4 AM 9:34
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

COURT1    Printed: 08/02/11 02:00 PM    Ver: 16.02b